IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID GRIMES ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 08-CV-2635 KHV/JPO |
| v. ) | |
| ) | |
| LONGBRANCH DESIGNS, INC ) | |
| d/b/a LONGBRANCH STEAKHOUSE ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW the plaintiff and for his Complaint against the defendant alleges and states as follows:

1. That the court has jurisdiction over this action pursuant to 28 U.S.C. § 1331.

2. That plaintiff is a resident of Johnson County, Kansas.

3. That defendant Longbranch Designs, Inc., is a company doing business in Johnson County, Kansas, and may be served process at 5201 Johnson Drive, Suite 433, Mission, KS 66205, attn: Mary Powell.

4. That venue is appropriate in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

5. That the Americans with Disabilities Act, Title III, prohibits discrimination on the basis of disability by a private entity who operates a place of public accommodation.

6. That plaintiff suffers from a disability, cerebral palsy.

7. That defendant operates a place of public accommodation, a restaurant and bar serving food and drink.

8. That defendant has placed limitations on the days and times that plaintiff can use defendant's public accommodation.

9. That plaintiff has regularly dined at defendant's restaurant for about 15 years, and presents no threat to the safety or health of others.

10. That the basis for defendant's limitations on plaintiff's access is his disability.

11. That defendant has refused to remove the discriminatory restrictions after repeated requests by plaintiff.

WHEREFORE, plaintiff requests that the Court enter an order permanently enjoining defendant from continuing with its discriminatory practices, for his attorney's fees and costs in this action pursuant to 42 U.S.C. § 2000a-3, and for such other relief as the Court deems just, fair, and equitable.

Respectfully Submitted by:

HILL, BEAM-WARD, KRUSE,
WILSON & WRIGHT, LLC

MARK BEAM-WARD, KS. # 10071
8695 College Boulevard, Suite 200
Overland Park, Kansas 66210
(913) 339-6888
(913) 339-9653 (Fax)
ATTORNEYS FOR PLAINTIFF

## DESIGNATION OF TRIAL

Plaintiff, pursuant to the Local Rule 40.2, hereby demands the designation of the place of trial as Kansas City, Kansas.

MARK BEAM-WARD