## IN THE UNITED STATES DISTRICT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DAVID GRIMES ) | |
|     Plaintiff, ) | |
| ) | Case No.: 08CV2635 |
| v. ) | |
| ) | |
| LONGBRANCH DESIGNS, INC ) | |
| d/b/a LONGBRANCH STEAKHOUSE ) | |
|     Defendant. ) | |

### NOTICE OF DISMISSAL

COMES NOW THE plaintiff and notifies the Court pursuant to Fed. R. Civ. Pro. 41(a)(1)(I) that he is dismissing this action with prejudice.

Respectfully Submitted by:
**HILL, BEAM-WARD, KRUSE,**
   **WILSON & WRIGHT, LLC**

/s/ MARK BEAM-WARD
MARK BEAM-WARD, KS. # 10071
8695 College Boulevard, Suite 200
Overland Park, Kansas 66210
(913) 339-6888   (913) 339-9653 (Fax)
mbeamward@hbwkwlaw.com
ATTORNEYS FOR PLAINTIFF

### CERTIFICATE OF SERVICE

The undersigned certifies that on the 5th day of February, 2009, this document was electronically filed with the Clerk of the Court using the CM/ECF system and a copy of the same was sent by U.S. Mail, first class, postage prepaid to:

Dan's Longbranch Steakhouse, Inc.
d/b/a Longbranch Steakhouse
9095 Metcalf Avenue
Overland Park, KS. 66212

/s/ Mark Beam-Ward
MARK BEAM-WARD